ERNEST CALABRESE, APPELLEE, v. VINCENZO CALA-
BRESE, APPELLANT.

Submitted May 14, 1926—Decided December 23, 1926.

Contracts—Money Loaned—Admission of Evidence—Defense was
That Money was Not Loaned For the Purpose of Paying
Taxes as Alleged, but was Given to Daughter of Defendant,
to Whom the Plaintiff was Engaged, For the Purpose of
Buying Trousseau—Held, That Offer to Show Trousseau was
Properly Excluded.

On appeal from the First District Court of Jersey City.

Before Justices KALISCH, KATZENBACH and LLOYD.

For the appellant, *Levenson, Comen & Levenson.*

For the appellee, *Ziegener & Lane.*

PER CURIAM.

This was an action in the First District Court of Jersey
City by Ernest Calabrese against Vincenzo Calabrese to re-
cover the sum of $450 claimed to have been loaned to the
defendant for the purpose of paying his (defendant's) taxes.
The single question in the case pertains to the ruling of the
court respecting the admission of evidence. The defense was
that one Virginia Calabrese, a daughter of the defendant,
expected to marry the plaintiff and that the moneys had been
given her by the plaintiff for the purpose of buying herself
clothing and a trousseau. She so testified and further added
that she had purchased the trousseau which was contained
in a cedar chest. At this point the defendant's attorney
offered to produce in court from the chest the articles that
she said she had purchased. Objection was made and sus-
tained, and we think rightly. The offer was wholly irrelevant
to the cause. It pertained to a transaction of the witness
alone, not brought home to the plaintiff, and not tending to

prove that the money actually went into the purchase of the articles; and even if it did so prove, this would not be evidence that they had been given for such purpose.

This was the only point argued in the brief and it is without merit.

The judgment is affirmed.